Shaun Setareh (SBN 204514)
shaun@setarehlaw.com
William M. Pao (SBN 210846)
william@setarehlaw.com
SETAREH LAW GROUP
315 South Beverly Drive, Suite 315
Beverly Hills, California 90212
Telephone (310) 888-7771
Facsimile (310) 888-0109

Attorneys for Plaintiff
THEODORE A. EMETOH

KEITH A. JACOBY, Bar No. 150233
kjacoby@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA  90067.3107
Telephone: (310) 553-0308
Fax No.: (310) 553-5583

SOPHIA BEHNIA, Bar No. 289318
sbehnia@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 433-1940
Fax No.: (415) 399-8490

*Additional Counsel of Record listed on following page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE A. EMETOH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX FREIGHT, INC., an Arkansas corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 3:18-cv-02898-CRB<br><br>Assigned For All Purposes To The Honorable Charles R. Breyer, Courtroom 6<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br><br>Action Filed:  April 6, 2018<br>Action Removed: May 17, 2018 |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

Case No. 4:18-cv-02898-CRB

STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

1 | LINDA N. BOLLINGER, Bar No. 289515
lbollinger@littler.com
2 | LITTLER MENDELSON, P.C.
50 West San Fernando, 7th Floor
3 | San Jose, CA 95113
Telephone: (408) 998-4150
4 | Fax No.: (408) 288-5686

5 | SANDRA C. ISOM, Bar No. 157374
scisom@fedex.com
6 | FEDEX FREIGHT, INC.
1715 Aaron Brenner Drive, Ste. 200
7 | Memphis, TN 38120
Telephone: (901) 434-8526
8 | Fax No.: (901) 468-1726

9 | Attorneys for Defendant
FEDEX FREIGHT, INC.

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2.    Case No. 4:18-cv-02898-CRB

**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**

Defendant FEDEX FREIGHT, INC. ("Defendant"), through its counsel of record Littler Mendelson, P.C., and Plaintiff THEODORE A. EMETOH, through his counsel of record Setareh Law Group, (collectively referred to as "the Parties"), stipulate and agree as follows:

WHEREAS, the Parties have agreed to resolve the above-captioned action, and all causes of action and all claims asserted therein, and, based on their agreement (and compliance with that agreement), seek the dismissal of this entire action with prejudice;

NOW, therefore, the Parties voluntarily stipulate and agree to the dismissal with prejudice of this entire action as to all parties and all claims, disputes, and controversies in Plaintiff's Complaint pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii), with each party to bear its/his/her own respective attorneys' fees, costs and expenses of litigation.

IT IS SO STIPULATED.

Dated: May 29, 2020

/s/ William Pao
SHAUN SETAREH
WILLIAM M. PAO
SETAREH LAW GROUP
Attorneys for Plaintiff
THEODORE EMETOH

Dated: May 29, 2020

/s/ Linda N. Bollinger
KEITH A. JACOBY
SOPHIA BEHNIA
LINDA N. BOLLINGER
LITTLER MENDELSON, P.C.
Attorneys for Defendant
FEDEX FREIGHT, INC.

4817-1081-6444.1 057116.1024

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

3.   Case No. 4:18-cv-02898-CRB

**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**

**Attestation re: Electronic Signatures**

Under Local Rule 5-1(i)(3) of the United States District Court, Northern District of California, I, Linda N. Bollinger—the ECF User whose User ID and Password are used in the filing of this document—hereby attest that the authorization of the filing of this document has been obtained from the other signatory to this document.

Dated: May 29, 2020

                                        */s/ Linda N. Bollinger*
                                        LINDA N. BOLLINGER

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

4.   Case No. 4:18-cv-02898-CRB

**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**

## [~~PROPOSED~~] ORDER

Good cause appearing, the Court dismisses this matter with prejudice pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii).  Each party shall bear his/her/its own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

Dated: ___June 23___, 2020

_____
HON. CHARLES R. BREYER
U.S. DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

5.   Case No. 4:18-cv-02898-CRB

**STIPULATION OF DISMISSAL WITH PREJUDICE; [~~PROPOSED~~] ORDER**